## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GENERAL STAR INDEMNITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No.   24-cv-1054 JPG |
| v. | ) ) | |
| APEX BUSINESS CONSULTING, INC., and ANDREW ROHNE, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 10/11/2024

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE